NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BAXTER S.R.L.,**
*Appellant*

v.

**WHOLESALE INTERIORS, INC,**
*Appellee*

_____

2024-1985

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91263387.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    BAXTER S.R.L. V. WHOLESALE INTERIORS, INC

(2)  Each side shall bear their own costs.

FOR THE COURT

October 2, 2024
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 2, 2024